UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HARVEY CANTRELL,

Plaintiff,

v.

Case No. 26-cv-00855-JPG

NANCY J ROSENSTENGEL, and
COMMISSIONER OF SOCIAL SECURITY

Defendants.

## MEMORANDUM AND ORDER

This case is before the Court on Plaintiff Harvey Cantrell's Motion for Leave to Proceed *in Forma Pauperis* (Doc 4). Plaintiff filed his initial complaint on June 16, 2026. The Court screened it pursuant to 28 U.S.C. § 1915(e)(2) and dismissed it without prejudice for failure to state a claim. In doing so, the Court explained that neither Defendant could be held liable for the conduct Plaintiff alleged. It granted Plaintiff leave to file an amended complaint on or before August 17, 2026, but noted that it was skeptical that he could state a viable claim against either Defendant.

On July 24, 2026, Plaintiff filed his amended complaint. The amended complaint attempts to hold Defendants liable for the same conduct alleged in the original complaint. As the Court previously explained, neither Defendant may be held liable for that conduct. If Plaintiff believes that this Court lacked jurisdiction over his prior case, the proper avenue for challenging that decision is to file a motion in that case or an appeal to the Seventh Circuit. Accordingly, the Court **DENIES** the Motion for Leave to Proceed *in Forma Pauperis* (Doc. 4), **DENIES** the Motion to Remand (Doc. 12), **DISMISSES** this case without prejudice, and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED**: July 27, 2026

**J. PHIL GILBERT**
**United States District Judge**