UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HARVEY CANTRELL,

      Plaintiff,

    v.

NANCY J ROSENSTENGEL, and
COMMISSIONER OF SOCIAL SECURITY

      Defendants.

Case No. 26-cv-00855-JPG

## JUDGMENT

    This matter having come before the Court and the plaintiff having failed to state a claim,

    IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: July 27, 2026**

**MONICA A. STUMP, Clerk of Court**

**Deputy Clerk**

**Approved:**

**J. PHIL GILBERT**
**United States District Judge**